IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**WILBUR L. HOFFMAN-GARCIA, et al.,**

   **Plaintiffs,**

     v.

**METROHEALTH, INC., et al.,**                   CIVIL NO. 14-1162 (PAD)

   **Defendants.**

## JUDGMENT

In accordance with the Opinion and Order issued today (Docket No. 255), the court hereby enters judgment dismissing the case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of January, 2018.

                                             s/Pedro A. Delgado-Hernández
                                             PEDRO A. DELGADO-HERNÁNDEZ
                                             United States District Judge